■ NORMA VIGO, Respondent, v 501 SECOND STREET HOLDING CORP. et al., Appellants, et al., Defendants. [992 NYS2d 903]—

In an action to foreclose a mortgage, the defendants 501 Second Street Holding Corp. and 501 Second Street, LLC, appeal from (1) an order of the Supreme Court, Kings County (Knipel, J.), dated September 25, 2012, which granted a referee's motion to direct the plaintiff to pay his fees and expenses in the principal sum of $24,581.25, and (2) a judgment of the same court entered October 11, 2012, which, upon the order dated September 25, 2012, is in favor of the referee and against the plaintiff in the principal sum of $24,581.25.

Ordered that the appeals from the order and the judgment are dismissed, without costs or disbursements.

The appeals must be dismissed on the ground that the appellants are not aggrieved by the order and the judgment appealed from (*see* CPLR 5511; *Mixon v TBV, Inc.*, 76 AD3d 144 [2010]; *Reich v Realty Quest Brokerage Corp.*, 35 AD3d 425 [2006]). Rivera, J.P., Hall, Miller and Duffy, JJ., concur.